**SAO**
Curtis R. Rawlings, Esq. (6790)
**BURGER, MEYER & D'ANGELO, LLP**
725 S 8th Street, Suite 200
Las Vegas, NV 89101
**MAILING ADDRESS:**
999 Corporate Dr., Suite 225
Ladera Ranch, CA 92694
Telephone: (949) 427-1888
Facsimile: (949) 427-1889
Email: crawlings@burgermeyer.com

*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TIMOTHY ONEIL RICHARDSON, individually,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC.; DOES I - X; and ROE CORPORATIONS I – X, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-02122-GMN-EJY |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties in the above-entitled action, TIMOTHY ONEIL RICHARDSON and WALMART, INC., by and through their respective counsels of record, that, subject to the terms of the settlement agreement signed by and entered into on behalf of all parties, all claims and causes of action in the above-entitled action, including all direct claims, counterclaims, and cross-claims, are hereby dismissed with prejudice as to all parties, including as to all DOE and ROE defendants.

///

///

///

///



BURGER, MEYER & D' ANGELO, LLP

**IT IS FURTHER STIPULATED AND AGREED** each party shall bear their own attorneys' fees and costs.

**IT IS SO STIPULATED** this 14th day of July, 2026.

Respectfully submitted:

*/s/ Curtis Rawlings*
By:________________________
CURTIS RAWLINGS, ESQ.
Nevada Bar No.: 6790
725 S 8th Street, Suite 200
Las Vegas, Nevada 89101
Attorney for Defendant
Walmart, Inc.

Approved as to Form and Content:

*/s/ Justin Randall*
By:___________________________
JUSTIN G. RANDALL, ESQ.
Nevada Bar No.: 12476
1700 South Pavilion Center Dr., Ste 530
Las Vegas, Nevada 89135
Attorney for Plaintiff
Timothy ONeil Richardson

The Clerk of Court is kindly directed to close this case.

**IT IS SO ORDERED.**

**DATED** this 24 day of July, 2026.

____________________________
Gloria M. Navarro, District Judge
United States District Court